RICHARD MAC BRIDE (SB#199695)
LAW OFFICES OF RICHARD A. MAC BRIDE
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289 - Fax 510-439-2786
Attorney for Emmanuel Tril

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Emmanuel Tril,<br><br>　　　　　Plaintiff,<br><br>Vs.<br><br>Laney College, The Peralta Community College District, and Does 1 to 50, inclusive,<br><br>　　　　　Defendants. | Case Number _____13-1464 LB<br><br>PLAINTIFF'S STATUS REPORT AND REQUEST FOR CONTINUATION OF THE CASE SCHEDULE UNDER GENERAL ORDER 56<br><br>ORDER |

The lawsuit was filed on April 2, 2013. Plaintiff served the Defendants within the prescribed time period. Returns of service have been filed with the court. Defendants answered the complaint on May 14, 2013.

Under the General Order 56 Case Schedule, the parties are required to conduct a joint site inspection of the subject premises by July 16, 2013, with initial disclosures on or before July 11, 2013. However, the parties have been engaged in settlement discussions that may resolve the matter. Therefore, Plaintiff requests that the deadline for a joint site inspection be postponed by one month, to August 16, 2013, with deadline for initial disclosures on August 11, 2013.

　　　　　　　　　　　　　　　　/s/ Richard A. Mac Bride, counsel for plaintiff – July 3, 2013

ORDER

The Case Schedule Pursuant to General Order 56 shall be amended with the last day for joint inspection continued to August 16, 2013, and all other applicable dates calculated from that date.

Date: _July 10, 2013_　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　　Magistrate

Status Report and Request for Continuation of Case Schedule Under General Order 56

-1-